UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **RHODE ISLAND ASSOCIATION OF COASTAL TAXPAYERS,** <br>     *Plaintiff,* <br><br> v. <br><br> **PETER NERONHA, in his official Capacity as Attorney General of Rhode Island; JEFFREY WILLIS, in his official capacity as Executive Director of the Rhode Island Coastal Resources Management Council; and TERRENCE GRAY, in his official capacity as Director of the Rhode Island Department of Environmental Management,** <br>     *Defendants.* | C.A. No. 23-cv-00278-WES-PAS |

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants Peter Neronha, in his official capacity as Attorney General of Rhode Island; Jeffrey Willis, in his official capacity as Executive Director of the Rhode Island Coastal Resources Management Council; and Terrence Gray, in his official capacity as Director of the Rhode Island Department of Environmental Management (collectively, the "State Defendants"), hereby move to dismiss the Amended Complaint filed by Plaintiff Rhode Island Association of Coastal Taxpayers for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure. In support, State Defendants rely on their contemporaneously submitted Memorandum of Law.

Respectfully Submitted,

Defendants,

**PETER NERONHA, in his official capacity as Attorney General of Rhode Island; JEFFREY WILLIS, in his official capacity as Executive Director of the Rhode Island Coastal Resources Management Council; and TERRENCE GRAY, in his official capacity as Director of the Rhode Island Department of Environmental Management**

By:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Jeff Kidd*

Sarah W. Rice (#10465)
Assistant Attorney General
Jeff Kidd (#10416)
Special Assistant Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
srice@riag.ri.gov
jkidd@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system on July 31, 2023, and that a copy is available for viewing and downloading.

*/s/ Jeff Kidd*