# EXHIBIT B
## Association Articles Inc.



**State of Rhode Island**
**Office of the Secretary of State**

Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040

Fee: $35.00

## Non-Profit Corporation
## Articles of Incorporation
(Chapter 7-6-34 of the General Laws of Rhode Island, 1956, as amended)

### ARTICLE I

The name of the corporation is   Rhode Island Association of Coastal Taxpayers

### ARTICLE II

The period of its duration is   __X__ Perpetual   ____

### ARTICLE III

The specific purpose or purposes for which the corporation is organized are:

TO SUPPORT AND PROTECT THE RIGHTS OF COASTAL AND SHORELINE PROPERTY OWNERS
AND TO ENSURE THAT ACCESS TO THE SHORE IS PROVIDED IN A REASONABLE AND LAWFUL
MANNER.

### ARTICLE IV

Provisions, if any, not inconsistent with the law, which the incorporators elect to set forth in these articles of incorporation for the regulation of the internal affairs of the corporation are:

### ARTICLE V

The street address (post office boxes are not acceptable) of the initial registered office of the corporation is:

No. and Street:   ADLER POLLOCK & SHEEHAN P.C.
                  49 BELLEVUE AVENUE
City or Town:   NEWPORT                    State: RI                    Zip: 02840

The name of its initial registered agent at such address is   PATRICK COYNE, ESQUIRE

### ARTICLE VI

The number of directors constituting the initial Board of Directors of the Corporation is 3
and the names and addresses of the persons who are to serve as the initial directors are:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| DIRECTOR | DAVID WELCH | 865 CHARLESTOWN BEACH ROAD<br>SOUTH KINGSTOWN, RI 02879 USA |
| DIRECTOR | MICHELLE VACCA | 10 WINNAPAUG ROAD<br>WESTERLY, RI 02891 USA |
| DIRECTOR | SIMON GREENSHIELDS | 872 CHARLESTOWN BEACH ROAD<br>SOUTH KINGSTOWN, RI 02879 USA |

## ARTICLE VII

The name and address of the incorporator is:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| INCORPORATOR | PATRICK COYNE ESQUIRE | ADLER POLLOCK & SHEEHAN P.C. 49 BELLEVUE AVENUE<br>NEWPORT, RI 02840 USA |

## ARTICLE VIII

Date when corporate existence is to begin
(not prior to, nor more than 30 days after, the filing of these Articles of Incorporation)

**Signed this 17 Day of May, 2023 at 4:05:23 PM by the incorporator(s).** *This electronic signature of the individual or individuals signing this instrument constitutes the affirmation or acknowledgement of the signatory, under penalties of perjury, that this instrument is that individual's act and deed or the act and deed of the corporation, and that the facts stated herein are true, as of the date of the electronic filing, in compliance with R.I. Gen. Laws § 7-6.*

**Enter signature(s) below.**
PATRICK COYNE, ESQUIRE

Form No. 200
Revised 09/07

© 2007 - 2023 State of Rhode Island
All Rights Reserved

RI SOS   Filing Number: 202335761650   Date: 5/17/2023 4:03:00 PM



State of Rhode Island
**Department of State | Office of the Secretary of State**
**Gregg M. Amore,** *Secretary of State*

I, GREGG M. AMORE, Secretary of State of the State of Rhode Island, hereby certify that this document, duly executed in accordance with the provisions of Title 7 of the General Laws of Rhode Island, as amended, has been filed in this office on this day:

May 17, 2023 04:03 PM

*[signature]*

Gregg M. Amore
*Secretary of State*

