# EXHIBIT C
## Tax Assessor Records

# 865 CHARLESTOWN BEACH ROAD

| | | | |
|---|---|---|---|
| **Location** | 865 CHARLESTOWN BEACH ROAD | **Map and Lot** | 95-4/ 10/ / / |
| | | **Acct#** | ▮▮▮▮▮ |
| **Owner** | STILTS LLC | **Assessment** | $1,005,700 |
| **PID** | 12692 | **Building Count** | 1 |

## Current Value

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2024 | $113,700 | $892,000 | $1,005,700 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | STILTS LLC | **Sale Price** | $0 |
| **Co-Owner** | | **Certificate** | |
| **Address** | 386 MARION AVE | **Book & Page** | 1641/0348 |
| | PLANTSVILLE, CT 06479 | **Sale Date** | 05/11/2017 |
| | | **Instrument** | |

## Ownership History

| Owner | Sale Price | Certificate | Book & Page | Instrument | Sale Date |
|---|---|---|---|---|---|
| WELCH DAVID | $628,000 | | 1641/0333 | 1L | 05/11/2017 |
| BANK OF NEW YORK | $2,000 | | 1639/0292 | 1G | 04/19/2017 |
| BANK OF NEW YORK MELTON | $778,000 | | 1634/0314 | 1L | 02/15/2017 |
| GREENE, JOYCE E | $0 | 1 | 0768/0164 | | 05/17/1999 |

## Building Information

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 1965 |
| **Living Area:** | 768 |
| **Replacement Cost:** | $222,990 |
| **Building Percent Good:** | 51 |
| **Replacement Cost Less Depreciation:** | $113,700 |

| Building Attributes |
|---|

| Field | Description |
|---|---|
| Style: | Ranch |
| Model | Residential |
| Grade: | Average |
| Stories: | 1 Story |
| Occupancy | 1 |
| Exterior Wall 1 | Vinyl Siding |
| Exterior Wall 2 | |
| Roof Structure: | Gable/Hip |
| Roof Cover | Asph/F Gls/Cmp |
| Interior Wall 1 | Cust Wd Panel |
| Interior Wall 2 | |
| Interior Flr 1 | Pine/Soft Wood |
| Interior Flr 2 | |
| Heat Fuel | Electric |
| Heat Type: | Electr Basebrd |
| AC Type: | None |
| Total Bedrooms: | 3 Bedrooms |
| Total Bthrms: | 1 |
| Total Half Baths: | 0 |
| Total Xtra Fixtrs: | |
| Total Rooms: | 4 Rooms |
| Bath Style: | Average |
| Kitchen Style: | Average |
| Num Kitchens | 01 |
| Cndtn | |
| Num Park | |
| Fireplaces | |
| Mason. FRPL | |
| Openings | |
| Gas FRPL | |
| Fndtn Cndtn | |
| Basement | |

**Building Photo**



(https://images.vgsi.com/photos/SouthkingstownRIPhotos/\00\00\02\33.jpg

**Building Layout**



(ParcelSketch.ashx?pid=12692&bid=12692)

| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 768 | 768 |
| PRS | Piers | 384 | 0 |

| | | | |
|---|---|---|---|
| UST | Utility, Storage, Unfinished | 384 | 0 |
| WDK | Deck, Wood | 304 | 0 |
| | | 1,840 | 768 |

## Extra Features

| Extra Features | Legend |
|---|---|
| No Data for Extra Features | |

## Land

### Land Use

**Use Code** 1013
**Description** WATERFRONT M-01
**Zone** R80
**Neighborhood** 0700
**Alt Land Appr** No
**Category**

### Land Line Valuation

**Size (Acres)** 0.97
**Frontage**
**Depth**
**Assessed Value** $892,000

## Outbuildings

| Outbuildings | Legend |
|---|---|
| No Data for Outbuildings | |

## Valuation History

| | Assessment | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2023 | $113,700 | $892,000 | $1,005,700 |
| 2022 | $113,700 | $892,000 | $1,005,700 |
| 2021 | $99,000 | $549,700 | $648,700 |
| 2020 | $99,000 | $549,700 | $648,700 |

(c) 2023 Vision Government Solutions, Inc. All rights reserved.