# **EXHIBIT D**
## **Stilts LLC Annual Report**

**State of Rhode Island**
**Department of State - Business Services Division**

RECEIVED
R.I. DEPT. OF STATE
B.SVCS DIV

2023 FEB 27 P 3: 42

**Annual Report for the year:** 2023
**Limited Liability Company**
→ Filing period: February 1 - May 1
→ Filing Fee: $50.00
→ Penalty: Additional $25.00 fee if form is not filed by May 31.

| 1. Entity ID Number | 2. Exact name of the Limited Liability Company |
|---|---|
| 1673553 | Stilts, LLC |

| 3. NAICS Code | 4. Brief description of the character of business conducted in Rhode Island |
|---|---|
| 533110 | Real estate. |

| 5. State of Formation |
|---|
| Rhode Island |

| 6. Principal Office Address | City | State | Zip |
|---|---|---|---|
| 865 Charlestown Beach Road | South Kingstown | RI | 02879 |

7. Mailing Address of Limited Liability Company and Name or Title of Contact Person

| Contact Name | Contact Title |
|---|---|
| David T. Welch | Member |

| Street Address | City | State | Zip |
|---|---|---|---|
| 40 Westfield Drive | Plantsville | CT | 06479 |

8. The Resident Agent information currently of record with the RI Department of State is accurate. Changes require filing Form 642.

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

| Name of Authorized Person | Date |
|---|---|
| David T. Welch | 2.21.23 |

Signature of Authorized Person

FILED
FEB 27 2023
BY 2233
AA

**MAIL TO:**
Division of Business Services
148 W. River Street, Providence, Rhode Island 02904-2615
Phone: (401) 222-3040
Website: www.sos.ri.gov

FORM 632 - Revised: 11/2021